

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00445-CV

**IN THE INTEREST OF C.M.C., S.S.J., CHILDREN**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02143
Honorable Martha Tanner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellant is unable to afford payment of costs; no costs of court are taxed in this appeal.

SIGNED April 6, 2022.

_____
Patricia O. Alvarez, Justice